# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Anthony Murdock
                              Plaintiff,

v.                                                            Case No.: 1:20–cv–01440
                                                            Honorable Gary Feinerman

City of Chicago
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Rule 26(a)(1) disclosures shall be served by 9/10/2020. Written discovery requests shall be served by 9/24/2020. Fact discovery shall close 4/22/2021. Motions to amend the pleadings or add new parties shall be filed by 3/25/2021. Dispositive motions shall be filed by 6/3/2021. The status hearing set for 9/3/2020 [29] is stricken and re−set for 11/17/2020 at 9:00 a.m. By 11/10/2020, the parties shall file a joint status report addressing: (1) the discovery they have completed; (2) the discovery that remains to be taken; (3) any foreseeable obstacles to meeting the deadlines set forth in this order; and (4) whether there is a need for the 11/17/2020 status hearing. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.