UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Anthony Murdock
                        Plaintiff,

v.                                             Case No.: 1:20−cv−01440
                                                     Honorable Gary Feinerman

City of Chicago
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, December 13, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Motion for protective order [35] is granted in part and denied in part. As to Plaintiff's objections (Doc. 42 at 22−28) to Defendant's proposed alterations to the model confidentiality order, the court sustains some (## 1, 5, 7, 8, 9, 10, 12, 13, 14, 15, 16) and overrules the others (## 2, 3, 4, 6, 11). The parties shall submit to the proposed order email box a confidentiality order that implements these rulings. The parties should bear in mind that the order: (1) concerns the confidentiality of documents produced in discovery, not whether any document is protected from discovery in the first place; and (2) sets forth procedures for the parties to resolve challenges to confidentiality designations. They also should bear in mind that relief from the order may be sought as to particular materials. The status hearing set for 12/18/2020 [33] is stricken and re−set for 1/29/2021 at 9:30 a.m. By 1/22/2021, the parties shall file a joint status report addressing: (1) the discovery they have completed; (2) the discovery that remains to be taken; (3) whether there are any foreseeable obstacles to meeting the deadlines set forth in the 8/24/2020 order [31] and, if so, how the schedule should be amended; (4) whether there is a need for the 1/29/2021 status hearing; and (5) whether both sides would like a settlement conference with the Magistrate Judge. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.