UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Theresa Kennedy, individually and for others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>City of Chicago,<br><br>*Defendant.* | Case No. 20-cv-1440<br><br>Hon. Thomas M. Durkin |

### CITY OF CHICAGO'S MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO ADD PLAINTIFFS AND TO FILE AMENDMENT TO AMENDED COMPLAINT

Defendant City of Chicago (the "City"), by and through its undersigned counsel, respectfully moves this Court for leave to file a sur-reply in opposition to Plaintiff's Motion for Leave to Add Plaintiffs and to File Amendment to Amended Complaint (the "Motion for Leave to Amend"). In support of its motion for leave to file a sur-reply, the City states as follows:

1. On February 28, 2023, Plaintiff filed her Motion for Leave to Amend (Dkt. 148), through which she seeks to add two new named plaintiffs.

2. In her memorandum in support of the Motion for Leave to Amend, Plaintiff argued that "a motion to add parties should be judged by the timeliness standard of Rule 15, because adding parties necessitates an amendment to the complaint." (Dkt. 149 at 2 n.1). Plaintiff also argued that her Motion for Leave to Amend is timely because this Court's order of December 1, 2022 "was a sea-change in this case." (*Id.* at 4.)

3. In her reply, Plaintiff argues for the first time that: (1) her Motion for Leave to Amend should be treated as a motion for leave to intervene, and not analyzed under Federal Rule of Civil Procedure 15 or 16 (*id.* at 4-7); and (2) alternatively, that "good cause" to modify the

scheduling order exists under Rule 16(b)(4) because she learned the City intended to move for summary judgment on February 10, 2023, (*id.* at 7-13).

4. The City seeks leave to file a limited sur-reply responding to these new arguments—to the extent they are not deemed waived—because they are raised for the first time in Plaintiff's reply. *See Tamid Congregation of N. Town v. Krivoruchko*, No. 08 C 1261, 2009 WL 152587, at *2 n.3 (N.D. Ill. Jan. 22, 2009) ("Reply briefs are for replying, not for raising new matters or arguments that could have been—and ought to have been—advanced in the opening brief."); *Autotech Techs. Ltd. P'ship v. Automationdirect.com, Inc.*, 235 F.R.D. 435, 437 (N.D. Ill. 2006) ("Loading-up on a reply brief effectively results in a one-sided presentation, which is hopelessly inconsistent with the very premise on which the adversary system is based," unfair, and "adversely affects the accuracy of the judicial process, which depends on comprehensive presentations by both sides."); *see also Wonsey v. City of Chicago*, 940 F.3d 394, 398 (7th Cir. 2019) (stating that arguments raised for the first time in a reply are ordinarily deemed waived).

5. Plaintiff could have, and should have, raised the intervention and "good cause" arguments in her initial brief. Plaintiff was on notice that Rule 16(b)(4) applied well before the City filed its response. (*See* Dkt. 152-1, Dec. 4, 2022 Hr'g Tr. at 8:3-8 (stating, in denying leave to amend, that "plaintiff . . . didn't cite Rule 16(b)(4), let alone establish it was satisfied," and that "I don't even see how Rule 16(b)(4) could be satisfied at this juncture"); *see also* Dkt. 138, Dec. 8, 2022 Joint Status Report at 5 ("Plaintiff bears the high burden of demonstrating 'good cause' for seeking leave to amend the Complaint after the Court's April 26, 2021 amendment deadline.").)

6. For these reasons, the City respectfully requests leave to file a sur-reply in opposition to Plaintiff's Motion for Leave to Amend for the limited purpose of responding to

Plaintiff's intervention and good cause arguments. A copy of the City's proposed sur-reply is attached hereto as Exhibit A.

7. Counsel for the City has conferred with Plaintiff's Counsel, and Plaintiff's counsel opposes this motion.

WHEREFORE, the City respectfully requests that this Court grant it leave to file the attached a sur-reply in opposition to Plaintiff's Motion for Leave to Amend.

Dated: April 14, 2023

Respectfully submitted,

**CITY OF CHICAGO**

*/s/ Elizabeth E. Babbitt*
***Special Assistant Corporation Counsel***
Allan T. Slagel aslagel@taftlaw.com
Elizabeth E. Babbitt ebabbitt@taflaw.com
Adam W. Decker adecker@taftlaw.com
Elizabeth A. Winkowski ewinkowski@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000

*Assistant Corporation Counsel*
Raoul Mowatt raoul.mowatt@cityofchicago.org
CITY OF CHICAGO DEPARTMENT OF LAW
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-3283

77063631v3